UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEPPER BLONDE,

          Plaintiff,

     v.

GOOGLE LLC,

          Defendant.

Case No. 5:26-cv-00377-EKL

**ORDER TO SHOW CAUSE
REGARDING FAILURE TO SERVE**

On January 14, 2026, Plaintiff filed the complaint in this action. *See* ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendant. That period expired on April 14, 2026.

On March 18, 2026, this Court ordered Plaintiff to file a summons and to promptly complete service. ECF No. 4. As of the date of this Order, Plaintiff has failed to file a summons or proof of service.

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than June 1, 2026, why its claims should not be dismissed without prejudice for lack of timely service.

**IT IS SO ORDERED.**

Dated: April 15, 2026

_____
Eumi K. Lee
United States District Judge

United States District Court
Northern District of California