UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEPPER BLONDE,

        Plaintiff,

    v.

GOOGLE LLC,

        Defendant.

Case No. 5:26-cv-00377-EKL

**ORDER OF DISMISSAL**

Re: ECF No. 6

On January 14, 2026, Plaintiff filed the complaint in this action. ECF No. 1. On March 18, 2026, the Court, noting that Plaintiff had yet to file a summons for the clerk to sign and seal, issued an order directing Plaintiff to file a summons by April 14, 2026. ECF No. 4. On April 15, 2026, noting that Plaintiff still had not filed a proposed summons in accordance with the Court's order, the Court ordered Plaintiff to show cause by June 1, 2026, why this case should not be dismissed without prejudice for failure to timely serve. ECF No. 6.

To date, Plaintiff has not responded to the order to show cause or filed a summons. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendant. That period expired on April 14, 2026. Given his non-responsiveness, Plaintiff has not shown good cause for his failure to timely serve Defendant.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE for lack of timely service pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: June 18, 2026

Eumi K. Lee
United States District Judge